

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00036-CV

IN THE MATTER OF THE MARRIAGE OF
RICHARD PAUL SCHWALENBERG AND KAREN ZIMMERMAN SCHWALENBERG

On Appeal from the 62nd District Court
Franklin County, Texas
Trial Court No. 11723

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellant, Richard Paul Schwalenberg, has filed a motion with this Court seeking to voluntarily dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     October 13, 2016
Date Decided:       October 14, 2016